UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| SCOTT SMITH | ) CHAPTER 13 CASE NO:   06-60436 |
| | ) |
| DEBTOR | ) |

## AMENDED NOTICE FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND 6047BK

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $240.00 into U. S. Treasury Fund 6047BK for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtors' case was dismissed and the Trustee attempted to send payments received after the dismissal back to the debtor.  The check was returned by the Post Office as "unable to forward".  .
3. To date the Trustee's office has been unsuccessful in finding a proper address for the debtor.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $240.00 into U.S. Treasury Fund 6047BK on behalf of Debtor, Scott Smith, whose last know address was 6632 Melton Road, Lot 97, Gary, IN 46403.

/s/    Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2010 service of a true and complete copy of the above and foregoing pleading or document was made upon the U.S. Trustee and the debtor's attorney electronically.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45